AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| VOICE TELE SERVICES INC., <br><br> *Plaintiff(s)* <br> v. <br> ZEE TELECOMS LTD., <br><br> *Defendant(s)* | Civil Action No. 1:19 cv 05257 (JSR) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Zee Telecoms Ltd.
    207 Regent Street
    London, W1B 3HH
    United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Shira Rosenfeld Grossman, Esq.
    Stillman Welch, LLC
    3453 Pierce Drive, Suite 150
    Chamblee, Georgia 30341

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
                                                                                  *Signature of Clerk or Deputy Clerk*