UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VOICE TELE SERVICES INC.,                              :
                                                                          :     Civ.: 19-cv-5257 (JSR)(JLC)
                                  Plaintiff,               :
                                                                          :     **AFFIRMATION IN SUPPORT**
                  v.                                                 :     **OF CLERK'S CERTIFICATE**
                                                                          :     **OF DEFAULT**
ZEE TELECOMS LTD.,                                    :
                                                                          :
                                  Defendant.           :
-------------------------------------------------------------X

CITY OF NEWARK            )
                                            )     ss.:
STATE OF NEW JERSEY  )

SHIRA ROSENFELD GROSSMAN hereby declares as follows:

1. I am a member of the Bar of this Court and am associated with the firm of Stillman Welch, LLC, attorneys for Plaintiff Voice Tele Services Inc. in the above-captioned action.

2. I am familiar with all the facts and circumstances in this action.

3. I make this affirmation pursuant to Local Civil Rule 55.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

4. This action was commenced pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between Plaintiff, a citizen of Pennsylvania, and Defendant, a citizen of the United Kingdom.

5. The time for Defendant Zee Telecoms Ltd. ("Zee" or "Defendant") to answer or otherwise move with respect to the Complaint herein has expired.

6. Zee has not answered or otherwise moved with respect to the Complaint, and the time for Zee to answer or otherwise move has not been extended.

7. Zee is not an infant, incompetent, or presently in the military service of the United States as it appears from the facts in this litigation.

WHEREFORE, Plaintiff Voice Tele Services Inc. requests that the default of Defendant Zee Telecoms Ltd. be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, and upon information and belief, that the amount claimed is justly due to Plaintiff Voice Tele Services Inc., and that no part thereof has been paid.

Dated: Newark, New Jersey
July 9, 2019

STILLMAN WELCH, LLC

By: */s/ Shira Rosenfeld Grossman*
Shira Rosenfeld Grossman
3453 Pierce Drive, Suite 150
Chamblee, Georgia 30341
Telephone: (404) 895-9040
Facsimile: (404) 907-1819
Email: shira@stillmanwelch.com

*Attorneys for Plaintiff Voice Tele Services Inc.*