```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VOICE TELE SERVICES INC.,

                Plaintiff,

v.

ZEE TELECOMS LTD.,

                Defendant.
-------------------------------------------------------------X

Civ.: 19-cv-5257 (JSR)(JLC)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 4, 2019 with the filing of a Complaint and June 5, 2019 with the filing of a Summons, a copy of the Summons and Complaint was served on Defendant Zee Telecoms Ltd. ("Zee" or "Defendant") on June 12, 2019 by personally serving a copy of the Summons and Complaint on Mr. Cooper, Director of Hold Everything at Zee's registered office, located at 207 Regent Street, London, England, W1B 3HH, which is designated by law to accept service of process on behalf of Zee, and proof of service was therefore filed on June 17, 2019, Doc. # 1, 6, and 8. I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
       July 11, 2019

RUBY J. KRAJICK
Clerk of Court

By: _____
      Deputy Clerk