UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

VOICE TELE SERVICES INC.,

                  Plaintiff,

                  v.

ZEE TELECOMS LTD.,

                  Defendant.

---------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7|12|14
```

Civ. Action No.:
19-cv-~~5245~~ (JSR)(JLC)
5257

**DEFAULT JUDGMENT**

This action having been commenced on June 4, 2019 by the filing of the Complaint and
June 5, 2019 by the filing of the Summons, and a copy of the Summons and Complaint having
been personally served on Zee Telecoms Ltd. ("Zee" or "Defendant"), on June 12, 2019 by
personally serving a copy of the Summons and Complaint on Mr. Cooper, Director of Hold
Everything at Zee's registered office, located at 207 Regent Street, London, England, W1B 3HH,
which is designated by law to accept service of process on behalf of Zee, and proof of service
having been filed on June 17, 2019 and the Defendant not having answered the Complaint, and the
time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against
Defendant in the liquidated amount of $350,378.93 plus a late charge of 1.5% per month on $16.09
from February 16, 2019, plus a late charge of 1.5% per month on $202,104.79 from March 3, 2019,
plus a late charge of 1.5% per month on $148,258.05 from March 16, 2019, amounting to
$372,712.75 plus costs and disbursements of this action in the amount of $420.00 amounting in
all to $373,132.75.

1

Dated: New York, New York

July 11, 20 19

U.S.D.J. Jed S. Rakoff

This document was entered on the docket

on_____.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
VOICE TELE SERVICES INC.,           :

                                         :     Civ.: 19-cv-5257 (JSR)(JLC)

                  Plaintiff,        :

                                         :     **AFFIRMATION FOR**
           v.                         :     **JUDGMENT BY DEFAULT**

                                         :
ZEE TELECOMS LTD.,              :

                                       :

                  Defendant.      :
--------------------------------------------------------------X

CITY OF CHAMBLEE     )
                           )    ss.:
STATE OF GEORGIA     )

       SHIRA ROSENFELD GROSSMAN hereby declares as follows:

      1.     I am a member of the Bar of this Court and am associated with the firm of Stillman

Welch, LLC, attorneys for Plaintiff Voice Tele Services Inc. ("Plaintiff" or "VTS") in the above-

captioned action.

      2.     I am familiar with all the facts and circumstances in this action.

      3.     I make this affirmation pursuant to Local Civil Rule 55.2 of the Local Rules of the

United States District Courts for the Southern and Eastern Districts of New York.

      4.     This is an action to recover $350,378.93 owed by Defendant Zee Telecoms Ltd.

("Defendant" or "Zee") to VTS because Zee failed to pay three invoices amounting to $350,378.93

for telecommunication services VTS rendered to Zee pursuant to the parties' agreement.

      5.     Jurisdiction of the subject matter of this action is based on diversity jurisdiction and

was commenced pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the

sum of $75,000, exclusive of interest and costs, and is between Plaintiff, a citizen of Pennsylvania,

and Defendant, a citizen of the United Kingdom.

6.      This action was commenced on June 4, 2019 with the filing of a Complaint and June 5, 2019 with the filing of a Summons.

7.      A copy of the Summons and Complaint was served on Prime Global on June 12, 2019 by personally serving a copy of the Summons and Complaint on Mr. Cooper, Director of Hold Everything at Zee's registered office, located at 207 Regent Street, London, England, W1B 3HH, which is designated by law to accept service of process on behalf of Zee, and proof of service was therefore filed on June 17, 2019. (Docs. # 1, 6 and 8.)

8.      The Defendant has not answered the Complaint and the time for the Defendant to answer the Complaint has expired.

9.      Pursuant to Local Civil Rule 55.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the Clerk of Court issued a Clerk's Certificate of Default on July 11, 2019. (Doc. # 15.)

10.     This action seeks judgment in the liquidated amount of liquidated amount of $350,378.93 plus a late charge of 1.5% per month on $16.09 from February 16, 2019, plus a late charge of 1.5% per month on $202,104.79 from March 3, 2019, plus a late charge of 1.5% per month on $148,258.05 from March 16, 2019, for a total as of July 11, 2019 of $372,712.75, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid except as therein set forth.

11.     Pursuant to Local Civil Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the costs sought to be taxed pursuant to 28 U.S.C. § 1920 amount to $420.00, as shown by the annexed Statement.

2

12.     Thus, Plaintiff seeks entry of default for a total amount of $373,132.75, which includes the amount owed, monthly interest on late payments, and costs pursuant to 28 US.C. § 1920.

WHEREFORE, Plaintiff Voice Tele Services Inc. requests the entry of Default and the entry of the annexed Judgment against Defendant Zee Telecoms Ltd.

Dated: Chamblee, Georgia
         July 11, 2019

                                        By:___ */s/ Shira Rosenfeld Grossman*_____
                                             Shira Rosenfeld Grossman

3

## **STATEMENT**

I. Calculation of Late Charge of 1.5% Per Month

| Principal | Monthly Interest Rate | Start Date | End Date | Days | Months | Value |
|-----------|------|-----------|----------|------|----------|-------|
| $16.09 | 1.50% | 2/16/2019 | 7/11/2019 | 145 | 4.833333 | $17.29 |
| $202,104.79 | 1.50% | 3/3/2019 | 7/11/2019 | 130 | 4.333333 | $215,573.87 |
| $148,258.05 | 1.50% | 3/16/2019 | 7/11/2019 | 117 | 3.900000 | $157,121.58 |
| | | | | | **TOTAL:** | $372,712.75 |

II. Costs Pursuant to 28 U.S.C. § 1920

| Statute | Fee Category | Amount |
|---------|--------------|--------|
| 28 U.S.C. §1920 (1) | Fees of the Clerk – New Action Filing Fee | $400.00 |
| 28 U.S.C. §1920 (5) | Docket Fees – Default Judgment Entered by Clerk Pursuant to 28 U.S.C. §1923(a) | $20.00 |
| | **TOTAL:** | $420.00 |

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___ ___

--------------------------------------------------------X

VOICE TELE SERVICES INC.,

               Plaintiff,

        v.

ZEE TELECOMS LTD.,

               Defendant.

--------------------------------------------------------X

Civ.: 19-cv-5257 (JSR)(JLC)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 4, 2019 with the filing of a Complaint and June 5, 2019 with the filing of a Summons, a copy of the Summons and Complaint was served on Defendant Zee Telecoms Ltd ("Zee" or "Defendant") on June 12, 2019 by personally serving a copy of the Summons and Complaint on Mr. Cooper, Director of Hold Everything at Zee's registered office, located at 207 Regent Street, London, England, W1B 3HH, which is designated by law to accept service of process on behalf of Zee, and proof of service was therefore filed on June 17, 2019, Doc. # 1, 6, and 8. I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
      _July 11_, 20_19_

                             RUBY J. KRAJICK
                             Clerk of Court

                  By: _____
                         Deputy Clerk